tral Railroad Company. No opinion. Motion denied. See, also, 155 N. Y. Supp. 744.

WEAVERSON, Respondent, v. FRAME, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Brownie R. Weaverson against Caroline W. Frame. A. P. Jetmore, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEINBERG, Respondent, v. BAUMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by John M. Weinberg against Hyman Bauman and others. H. S. Mansfield, of New York City, for appellants. J. G. Moses, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

WEISS, Respondent, v. WARD BREAD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Elise Weiss, as administratrix, etc., of Simon Weiss, deceased, against the Ward Bread Company. No opinion. Judgment and order unanimously affirmed, with costs.

WEISSHEIMER, Respondent, v. WYAN-OAK PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by J. Warren Weissheimer against the Wyanoak Publishing Company. J. H. Hendrick, of New York City, for appellant. E. Q. Carr, of Brooklyn, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re WELKER. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the petition of Edward L. Welker. No opinion. Appeal dismissed, without costs, on consent. See, also, 155 N. Y. Supp. 1148.

In re WELKER. (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the petition of Edward L. Welker for an order restraining Edward F. Boyle and others, constituting the Board of Elections of the City of New York, from printing on the official ballot the name of Bert Carey. No opinion. Order affirmed, without costs. See, also, 155 N. Y. Supp. 1148.

WELSH, Respondent, v. WELSH, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Malovinia E. Welsh against Henry B. Welsh. S. F. Swinburne, of New Rochelle, for appellant. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

WENZEL, Respondent, v. PATRICK RYAN CONST. CORPORATION, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Florence Wenzel, as administratrix, etc., against the Patrick Ryan Construction Corporation. No opinion. Motion to amend order denied, with $10 costs. See, also, 154 N. Y. Supp. 809.

WERTMAN, Appellant, v. YATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Mabel M. Wertman, as administratrix, etc., against Harry Yates. No opinion. Order affirmed, with costs.

WETMORE, Respondent, v. CONGER & PHELPS LUMBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Madison H. Wetmore against the Conger & Phelps Lumber Company. No opinion. Judgment and order affirmed, with costs. Held: (1) That the evidence sustains the verdict. (2) That the evidence of the usual rate of commission was competent. See Barney v. Fuller, 133 N. Y. 605, 30 N. E. 1007; Rubino v. Scott, 118 N. Y. 662, 22 N. E. 1103; Flagg v. Reilly, 23 App. Div. 57, 48 N. Y. Supp. 544.

WEYLAND, Respondent, v. KIRCHNER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. October 22, 1915.) Appeal from Bronx County Court. Actions by Rose Weyland and by Emil Weyland against William H. Kirchner. From judgments upon verdicts, and from orders denying his motions for new trial, defendant appeals. Judgment and order in each case reversed, and complaint dismissed. Alfred W. Andrews, of New York City, for appellant. Eugene L. Brisach, of New York City, for respondents.

PER CURIAM. The judgment and order in each case are reversed, with costs on the ground that there was no evidence to sustain the finding of the jury that the defendant was guilty of negligence, and that finding is reversed, and the complaint dismissed, with costs. Order filed.

WHEATON et al. v. UNDERWOOD et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Ellen J. Wheaton and another against Daniel G. Underwood and others. No opinion. Motion granted by default.

WHITE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Aloina M. White, as administratrix, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE and LAMBERT, JJ., dissent.

In re WHITEHOUSE. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Samuel S. Whitehouse. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 163 App. Div. 857, 147 N. Y. Supp. 1149.

WHITSON, Respondent, v. WHITSON, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Anna Whitson against John Whitson.